OPINION — AG — ** PEANUT COMMISSION — LEGAL ASSISTANCE — LAWYER ** PURSUANT TO 2 O.S. 1101 [2-1101], AS AMENDED, NEITHER THE OKLAHOMA PEANUT COMMISSION, NOR THE OKLAHOMA PEANUT GROWERS ASSOCIATION IS STATUTORILY EMPOWERED TO PROVIDE LEGAL OR FINANCIAL ASSISTANCE TO INDIVIDUAL MEMBERS OF THE OKLAHOMA PEANUT GROWERS ASSOCIATION THAT ARE INVOLVED IN PRIVATE CONTRACT DISPUTES. (ATTORNEY, AGRICULTURE) CITE: 2 O.S. 1106 [2-1106], 2 O.S. 1101 [2-1101] (PATRICIA REDD DEMPS)